UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN MULLER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SYNDICATED OFFICE SYSTEMS, LLC (d/b/a CENTRAL FINANCIAL CONTROL), CONIFER REVENUE CYCLE SOLUTIONS, LLC, and FRANCISCAN HEALTH SYSTEM,<br><br>　　　Defendants. | NO.　C17-1840 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## I.　STIPULATION

Plaintiff John Muller and Defendants Syndicated Office Systems, LLC (d/b/a Central Financial Control); Conifer Revenue Cycle Solutions, LLC; and Franciscan Health System, by and through their undersigned counsel of record, hereby stipulate and agree that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims asserted therein, shall be dismissed with prejudice and without an award of attorneys' fees or costs to any party.

///

///

///

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE No. 2:17-cv-01840-RSM

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

RESPECTFULLY SUBMITTED this 15th day of August, 2018.

**ANDERSON SANTIAGO, PLLC**

By */s/ Jason D. Anderson [email authorization]*
   Jason D. Anderson, WSBA #38014
   787 Maynard Ave. S., Suite 201
   Seattle, WA 98104
   Tel: (206) 395-2665
   jason@alkc.net

*Attorneys for Plaintiff John Muller*

**SAVITT BRUCE & WILLEY LLP**

By */s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101
   Tel: (206) 749-0500
   swilley@sbwllp.com

*Attorneys for Defendants Syndicated Office Systems, LLC and Conifer Revenue Cycle Solutions, LLC*

**JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP**

By */s/ Karin J. Mitchell [email authorization]*
   Karin J. Mitchell, WSBA #44101
   925 Fourth Ave., Suite 2300
   Seattle, WA 98104
   Tel: (206) 223-4770
   MitchellK@JGKMW.com

*Attorneys for Defendant Franciscan Health System*

## II. ORDER

Based on the foregoing stipulation by the named parties, all of whom have appeared, and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims asserted therein, is hereby dismissed with prejudice and without attorneys' fees, litigation expenses, or costs to any party.

DATED this 15th August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE No. 2:17-cv-01840-RSM

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500